**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Julio Roberto CASTELLANOS, Defendant–Appellant.**

No. 02–7213.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 10, 2002.

Decided Oct. 21, 2002.

Julio Roberto Castellanos, Appellant Pro Se. Joseph William Hooge Mott, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Julio Roberto Castellanos seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and the district court's memorandum opinion and conclude on the reasoning of the district court that Castellanos has not made a substantial showing of the denial of a constitutional right. *See United States v. Castellanos*, Nos. CR–91–82; CA–01–571–7 (W.D.Va. June 5, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because

the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*